AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 14, 2026**

SEAN F. McAVOY, CLERK

BRANDON JAMES RUBIO,

*Plaintiff*

v.

AIRWAY HEIGHTS CORRECTIONS CENTER, et al.,

*Defendant*

Civil Action No.   2:25-CV-00310-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 13) is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.  Judgment of dismissal without prejudice is entered.
Plaintiff's Affidavit and Motion to Waive Collection of the Remaining Balance and Fees (ECF No. 14) is GRANTED. The institution directed to collect the filing fee in this action shall cease from doing so in case number 2:25-CV-00310-SAB.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   STANLEY A. BASTIAN

Date:  01/14/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*